IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03383-GPG

MARK A. SCHREINER,

    Plaintiff,

v.

CITY OF LOUISVILLE, Colorado,
LOUISVILLE, CO POLICE DEPT.,
LPD CHIEF DAVID HAYES,
LPD OFFICER JOSH SUNDBERG,
LPD OFFICER ANTHONY MARTINEZ, and
LPD SGT. JAY LANPHERE,

    Defendants.

---

## ORDER DISMISSING CASE

---

Defendants and Plaintiff have filed a Stipulated Motion to Dismiss Without Prejudice, ECF No. 31 pursuant to Fed. R. Civ. P. 41(a)(2). The parties have agreed to dismiss all claims against each Defendant in this case without prejudice and further action. Plaintiff and Defendants agree that each party will be responsible for their own attorney fees and costs. Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss Without Prejudice, ECF No. 31, is granted and the case is dismissed.

DATED at Denver, Colorado, this __26th__ day of ___May___, 2015.

BY THE COURT:

    s/Lewis T. Babcock
    LEWIS T. BABCOCK, Senior Judge
    United States District Court